[No. 8443–1–II. Division Two. January 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM TETZLAFF, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84–8–00318–7, Ralph I. Thomas, J. Pro Tem., entered October 4, 1984. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 16237–3–I. Division One. February 2, 1987.]

SHARON E. WILLIS, *Respondent,* v. FRANK W. CREALOCK, ET AL, *Defendants,* ROBERT J. SCHMAILZL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–14711–9, Richard M. Ishikawa, J., entered February 21, 1985. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Brachtenbach and Thomas, JJ. Pro Tem.

[No. 16181–4–I. Division One. February 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN MICHAEL KRUMM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–04780–3, James A. Noe, J., entered February 26, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Grosse and Webster, JJ.